

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AS/DMP/JMS
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 7, 2017

<u>By ECF and Federal Express</u>

Charles Swift, Esq.
833 E. Arapaho Road, Suite 102
Richardson, Texas 75081

Sean M. Maher, Esq.
The Woolworth Building
233 Broadway, Suite 801
New York, New York 10279

      Re:    United States v. Asia Siddiqui et al.
                 Criminal Docket No. 15-213 (SJ)

Dear Mr. Swift and Mr. Maher:

      Enclosed please find copies of audio recordings in this investigation, in accordance with Rule 16 of the Federal Rules of Criminal Procedure and as per the Court's order of March 29, 2017.  This discovery is being produced pursuant to the Stipulation and Order entered by the Court on July 29, 2015.

      Specifically, enclosed are audio recordings between the defendants and the undercover officer in this case between July 2014 and March 2015.  The government is creating and will provide corresponding draft transcripts of the audio recordings for which a transcript has not yet been provided.

If you have any questions or further requests, please do not hesitate to contact me.

                          Very truly yours,

                          BRIDGET M. ROHDE
                          Acting United States Attorney

By:   /s/ Alexander A. Solomon
      Alexander A. Solomon
      Douglas M. Pravda
      Jennifer M. Sasso
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures

cc:    Clerk of the Court (SJ) (by ECF) (without enclosures)