UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                 15-CR-213 (SJ)

NOELLE VELENTZAS and
ASIA SIDDIQUI,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Craig R. Heeren from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Craig R. Heeren
      United States Attorney's Office (Criminal Division)
      271 Cadman Plaza East
      Brooklyn, New York 11201
      Tel: (718) 254-6467
      Fax: (718) 254-6076
      Email: craig.heeren@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Craig R. Heeren at the email address set forth above.

Dated: Brooklyn, New York
        January 10, 2018

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Craig R. Heeren
      Craig R. Heeren
      Assistant U.S. Attorney

cc: Clerk of the Court (SJ)