

January 23, 2018

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Asia Siddiqui - 1:15-cr-00213-SJ

Your Honor:

On January 15, 2018, attorney for Noelle Velentzas, Sean Maher, filed a Motion to Dismiss Count I and II of the Indictment charging Conspiracy to use a Weapon of Mass Destruction in violation of 18 U.S.C. §§ 2332a(a)(2) and 3551 et seq. and Teaching and Distributing Information Pertaining to the Making and Use of an Explosive, Destructive Device, and Weapon of Mass Destruction, in violation of 18 U.S.C. §§ 842(p)(2)(A), 844(a)(2), 2, and 3551 et seq., respectively, as to Defendant Velentzas.  (D.E. 83)  Defendant Asia Siddiqui is charged in Count I as co-conspirator, and is jointly charged in Count II.   Defendant Siddiqui joins defendant Velentzas in her motion to dismiss, and adopts the reasons stated in defendant Velentzas's memorandum of support of her motion. (D.E. 84)

Very Respectfully,

/s/ *Charles Swift*
Charles Swift
Attorney for Asia Siddiqui
972-914-2507
cswift@clcma.org