

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 25, 2018

<u>By Email and ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: United States v. Noelle Velentzas and Asia Siddiqui
    <u>Criminal Docket No. 15-213 (SJ)</u>

Dear Judge Johnson:

  The government, with the consent of defense counsel, respectfully requests an adjournment of the motions hearing, currently scheduled for Thursday, May 3, 2018, to June 7, 2017, a date when the parties are available and the court's deputy has indicated that the Court is also available

  The defendants' motions to suppress certain evidence and dismiss two counts of the indictment are pending before the Court, and were set to be heard for argument on May 3, 2018.  The parties are currently engaged in plea negotiations, which could lead to the disposition of the case without the need for further proceedings, and therefore request the opportunity to continue these negotiations before the motion hearing.  Accordingly, the government respectfully requests that the motion hearing be adjourned to June 7, 2018, and that time be excluded because the parties are engaged in plea negotiations and motions are pending before the Court.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

    By:  /s/ Craig R. Heeren
       Alexander A. Solomon
       Jennifer S. Carapiet
       Craig R. Heeren
       Assistant U.S. Attorneys
       718-254-7000

cc: Sean Maher, Esq., counsel for Noelle Velentzas (via ECF)
   Charles D. Swift, Esq., counsel for Asia Siddiqui (via ECF)