

July 3, 2018

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Noelle Velentzas and Asia Siddiqui - 1:15-cr-00213-SJ
    Request for an Excludable Delay/Adjournment

Your Honor:

On June 28, 2018, a Status Conference Hearing was held before Magistrate Reyes in the above case.  The next date for the Motion Hearing and the Status Conference was not set, but the time for Excludable Delay was set out to September 12, 2018.  Attorney Charles Swift will be unavailable to attend a hearing before September 27.  The next three dates the parties all have available in the above case are as follows:

September 27, 2018
October 30, 2018
November 1, 2018

All parties agree the Motion Hearing and next Status Conference date should be continued to the earliest available of theses dates for the court, and that all delay should be excluded to the next date set.

Very Respectfully,

/s/ *Charles Swift*

Charles Swift
Attorney for Asia Siddiqui
972-914-2507
cswift@clcma.org