Case 1:15-cr-00213-SJ   Document 108   Filed 02/15/19   Page 1 of 1 PageID #: 664

 CONSTITUTIONAL LAW CENTER
*for* MUSLIMS *in* AMERICA

February 15, 2019

By Email and ECF

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Re: United States v. Asia Siddiqui

Criminal Docket No. 1:15-cr-00213-SJ

Dear Judge Johnson:

As indicated in my email correspondence of yesterday with your chambers, I respectfully request a reset of the status conference, which was noticed earlier this week based upon my mistaken belief as to availability, and which is currently scheduled for February 20, 2019 at 11:00 am.  Unfortunately I will not yet have returned from another matter in federal court in Utah.

Government counsel has indicated their soonest availability, and we are in agreement as to a proposed reset date of Tuesday, February 26, 2019 at 9:30 a.m.  As I will be able to attend on this date, my co-counsel Charles Swift will not plan to be in attendance, unless you advise as to a preference of the Court otherwise.  Please advise if the Court finds this date acceptable, and feel free to contact our office with any questions.

*Linda Moreno, Esq.*
Of Counsel, CLCMA
lindamoreno.esquire@gmail.com

cc:    all counsel of record, via ECF

*Application Granted. Hearing adjourned until February 26, 2019 at 9:30 AM.*

SO ORDERED
on this **15th** day of **February** 20 **19**

STERLING JOHNSON, JR., SENIOR U.S.D.J.