

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 13, 2019

By E-mail and ECF

Charles D. Swift, Esq.
833 E Arapaho Rd, Suite 102
Richardson, TX 75081
cswift@clcma.org

       Re:    United States v. Asia Siddiqui
                  Criminal Docket No. 15-213 (SJ)

Dear Counsel:

      We write in response to your letter of April 29, 2019, in which you requested that the government reproduce certain discovery, which was previously turned over, because you have lost access to those files as the result of a malware attack. The government hereby reproduces the Bates-stamped discovery listed below. A more detailed description of the individual items that corresponds with their Bates numbers can be found in the original discovery production letters that were provided to you.

Reproduced Discovery

- Velentzas 000001 - 002232
- Siddiqui 000001 - 000033
- Siddiqui 000645 - 000748
- VS0035001

      Please contact us if you have any further questions.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
       Craig R. Heeren
       Jonathan E. Algor
       Assistant U.S. Attorney
       (718) 254-7000

cc:    Clerk of Court (SJ)