UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                       15-CR-213 (SJ)

       v.

                                **MEMORANDUM**
NOELLE VELENTZAS and ASIA       **AND ORDER**
SIDDIQUI,
    Also known as "Najma Samaa"
    And "Murdiyyah,"
                               Defendants.
----------------------------------------------------------------x

A P P E A R A N C E S:

RICHARD P. DONOGUE
UNITED STATES ATTORNEY
271 Cadman Plaza East
Brooklyn, NY 11201
By:    Jennifer Sasso
        Douglas Pravda
        Craig Heeren
        Michael Keilty
*Attorneys for the Government*

LAW OFFICE OF SEAN M. MAHER, PLLC
233 Broadway
Suite 820
New York, NY 10279
By:    Sean Maher
*Attorney for Noelle Velentzas*

CONSTITUTIONAL LAW CENTER FOR
MUSLIMS IN AMERICA
833 East Arapaho Road
Suite 102
Richardson, TX 75081
By:    Charles D. Swift
*Attorney for Asia Siddiqui*

1

LINDA GAIL MORENO
P.O. Box 10985
Tampa, FL 33679
*Attorney for Asia Siddiqui*

**JOHNSON, U.S.D.J.:**

On August 2, 2019, Counselor Linda Moreno, attorney for Defendant Asia Siddiqui, filed a motion to continue the trial scheduled to commence on October 15, 2019, citing a scheduling conflict. Counselor Moreno represented that she was scheduled for a trial set to begin on September 9, 2019 in the United States District Court for the Central Division of Utah. The Utah trial was initially scheduled for July 29, 2019; however, it was rescheduled due to a number of last-minute guilty pleas from four codefendants. She further represented that the trial was set to run for six weeks. See Dkt. No. 123.

I have spoken to the Honorable Jill Parish, who is presiding over the conflicting Utah trial. Judge Parish informed me that the primary defendant is ably represented by Mark Geragos, lead counsel on a team of four attorneys, including Counselor Moreno. Judge Parish anticipates the trial, originally scheduled for 12 weeks, will be fewer than six weeks. Given the facts that the case in this District is four years old with both Defendants remaining in custody, the trial in this case was scheduled in May 2019, and Judge Parish's prediction that the Utah case will not go beyond October 18,

2

2019, this Court will adhere to the regular trial schedule. Counselor Moreno is required to be present. Accordingly, Defendant's motion to continue is **<u>DENIED</u>** (Dkt. No. 123).

SO ORDERED.

Dated: August 13, 2019
Brooklyn, New York

_____
Sterling Johnson, Jr. U.S.D.J