W-2-114
REV 06/12



**Department of Social Services**
Human Resources Administration
Department of Homeless Services

July 15, 2019

Title: Caseworker (OC)
Tenure of Employment: Probable Permanent
Exam#: 3338
Salary: $40,275 (New Hire)
$46,316 (Working with a city agency for 2 years or longer)
Location: Citywide

ASIA M. SIDDIOUI
161-33 84TH ROAD
JAMAICA, NY 11432-0000
List# 326.00

Your name has been certified by the NYC Department of Citywide Administrative Services to this Agency for possible appointment/promotion to the position listed above. Interviews have been scheduled at a pre-selection hiring pool in the Civil Service List Hire Division of the Department of Homeless Services.

Please report to   4 World Trade Center, New York, NY 10007, 32nd Floor on:

**Date: Monday, August 5, 2019  Time: Promptly @ 8:30:00 AM**

**Please note that you will not be allowed to enter the building until 8:30 AM.**
**(Located on Greenwich Street between Liberty Street and Cortlandt St.)**

If you would like to be considered for this position, you must appear for the scheduled interview, even if you are provisionally employed in this department.
Please bring the following with you to the interview:

- Two working pens with black ink, and this notice.
- Current Resume
- Valid State ID
- Must have an active e-mail address.

*Be prepared to spend the entire day.* You must be present for the whole session. Proper business attire recommended.

*If you do not wish to be considered for the position, please complete the declination form on the reverse side of this letter. (See other side).*

**If you fail to report to the scheduled interview, or if you decline the position, your name will be removed from the certification.  You may request restoration to the list by writing to the NYC Department of Citywide Administrative Services (DCAS), Certification Division, Municipal Building, 1 Centre Street – 21st floor, New York, N.Y. 10007.  If DCAS approves your request, you may be placed back on the list for re-certification.**

If you need additional information at this time, call Barry Ling (929) 221-5470/lingb@hra.nyc.gov or Miriam Milan at (929) 221-5463/milanm@dss.nyc.gov

Candidates can request a reasonable accommodation at any time prior to the Hiring Pool date. Determinations are made on a case-by-case basis. Please submit your request to CivilServiceInquiries@dss.nyc.gov.



**NYC**
**Department of Social Services**
Human Resources Administration
Department of Homeless Services

W-2-114
REV 06/12

May 24, 2019

Title: Caseworker (OC)

Tenure of Employment: Probable Permanent

Exam#: 3338

Salary: $40,275 (New Hire)

$46,316 (Working with a city agency for 2 years or longer)

Location: Citywide

ASIA M. SIDDIOUI
161-33 84TH ROAD
JAMAICA, NY 11432-0000
List# 326.00

Your name has been certified by the NYC Department of Citywide Administrative Services to this Agency for possible appointment/promotion to the position listed above. Interviews have been scheduled at a pre-selection hiring pool in the Civil Service List Hire Division of the HRA/Department of Social Services.

Please report to 4 World Trade Center, New York, NY 10007, 32nd Floor on:

**Date:** Friday, May 31, 2019   **Time:** Promptly @ 8:30:00 AM

**Please note that you will not be allowed to enter the building until 8:30 AM.**
**(Located on Greenwich Street between Liberty Street and Cortlandt St.)**

If you would like to be considered for this position, you must appear for the scheduled interview, even if you are provisionally employed in this department.
Please bring the following with you to the interview:

- Two working pens with black ink, and this notice.
- Current Resume
- Valid State ID
- Must have an active e-mail address.

*Be prepared to spend the entire day.* You must be present for the whole session. Proper business attire recommended.

If you do not wish to be considered for the position, please complete the declination form on the reverse side of this letter. (See other side).

**If you fail to report to the scheduled interview, or if you decline the position, your name will be removed from the certification. You may request restoration to the list by writing to the NYC Department of Citywide Administrative Services (DCAS), Certification Division, Municipal Building, 1 Centre Street - 21st floor, New York, N.Y. 10007. If DCAS approves your request, you may be placed back on the list for re-certification.**

If you need additional information at this time, call Barry Ling (929) 221-5470/lingb@hra.nyc.gov or Miriam Milan at (929) 221-5463/milanm@dss.nyc.gov

Candidates can request a reasonable accommodation at any time prior to the Hiring Pool date. Determinations are made on a case-by-case basis. Please submit your request to CivilServiceInquiries@dss.nyc.gov.



**NYC Department of Social Services**
Human Resources Administration
Department of Homeless Services

W-2-114
REV 06/12

July 12, 2019

Title: CASEWORKER (OC)
Tenure of Employment: Probable Permanent
Exam#: 3338
Salary: $40,275 (New Hire)
$46,316 (Working with a city agency for 2 years or longer)
Location: Citywide

ASIA M. SIDDIOUI
161-33 84TH ROAD
JAMAICA, NY 11432-0000
List# 326.00

Your name has been certified by the NYC Department of Citywide Administrative Services to this Agency for possible appointment/promotion to the position listed above. Interviews have been scheduled at a pre-selection hiring pool in the Civil Service List Hire Division of the HRA/Department of Social Services.

Please report to   4 World Trade Center, New York, NY 10007, 32nd Floor on:

**Date:** Wednesday, July 24, 2019  **Time: Promptly @ 8:30:00 AM**

**Please note that you will not be allowed to enter the building until 8:30 AM.**
(Located on Greenwich Street between Liberty Street and Cortlandt St.)

If you would like to be considered for this position, you must appear for the scheduled interview, even if you are provisionally employed in this department.
Please bring the following with you to the interview:

- Two working pens with black ink, and this notice.
- Current Resume
- Valid State ID
- Must have an active e-mail address.

*Be prepared to spend the entire day.* You must be present for the whole session. Proper business attire recommended.

If you do not wish to be considered for the position, please complete the declination form on the reverse side of this letter. (See other side).

**If you fail to report to the scheduled interview, or if you decline the position, your name will be removed from the certification. You may request restoration to the list by writing to the NYC Department of Citywide Administrative Services (DCAS), Certification Division, Municipal Building, 1 Centre Street – 21st floor, New York, N.Y. 10007. If DCAS approves your request, you may be placed back on the list for re-certification.**

If you need additional information at this time, call Sharon Smith (929) 221-5477/smithshar@hra.nyc.gov or Miriam Milan at (929) 221-5463/milanm@dss.nyc.gov

Candidates can request a reasonable accommodation at any time prior to the Hiring Pool date. Determinations are made on a case-by-case basis. Please submit your request to CivilServiceInquiries@dss.nyc.gov.