

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JGH
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 3, 2019

By Email and ECF

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Asia Siddiqui
               Criminal Docket No. 15-213 (SJ)

Dear Judge Johnson:

      The government respectfully requests an adjournment of the sentencing of defendant Asia Siddiqui, which is currently scheduled for this Thursday, December 5, 2019, in order to respond to the defendant's sentencing memoranda that was filed on Monday evening. The United States Probation Department ("Probation") joins in this request.

      On Monday evening, December 3, the defendant filed an 18-page memorandum objecting to various parts of the Presentence Investigation Report ("PSR"), as well as an 18-page sentencing memorandum, and numerous exhibits to both documents. See Docket Entry No. 132 and 133.[1]  Given the nature and volume of objections, the serious disagreements between the parties about the appropriate calculation under the United States Sentencing Guidelines and the appropriate sentence to be imposed, the government requires more time to respond.  The government has been advised by Probation that they likewise need more time to consider the defendant's objections and file an appropriate response.  Counsel for the defendant opposes any adjournment.

---

[1] The government does not dispute that the defendant's objections are timely.  The PSR was provided to the parties on November 19; the defendant's objections were therefore submitted at the end of the fourteen-day period permitted by Rule 32(f) of the Federal Rules of Criminal Procedure.

Accordingly, the government and Probation jointly request an adjournment of sentencing to a date later in December or January that is convenient for the Court and counsel for the defendant.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Josh Hafetz
Jonathan E. Algor
Assistant U.S. Attorneys
718-254-7000