MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA v. ASIA SIDDIQUI

ASIA SIDDIQUI
FCI ALICEVILLE

CR 15-213 (SJ)
Reg# 85797053

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 19 2022 ★
BROOKLYN OFFICE

RD 4/20/22 (S)

RECEIVED
APR 19 2022
PRO SE OFFICE

RP 4/20/22 (S)

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201

(b) Criminal docket or case number (if you know): 15-213 (SJ)

2. (a) Date of the judgment of conviction (if you know): ______

(b) Date of sentencing: January 09, 2020

3. Length of sentence: 180 months

4. Nature of crime (all counts): ① conspiracy to use weapon of mass destruction, ② teaching and distributing information pertaining to the making and use of a weapon of mass destruction, and ③ material false statements

5. (a) What was your plea? (Check one)

(1) Not guilty (2) Guilty [circled] (3) Nolo contendere (no contest)

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? guilty to teaching and distributing information pertaining to the making and use of a weapon of mass destruction only; not guilty to counts ① and ③

6. If you went to trial, what kind of trial did you have? (Check one) Jury Judge only

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes [circled] No

8. Did you appeal from the judgment of conviction? Yes No [circled]

9. If you did appeal, answer the following:

(a) Name of court: ______

(b) Docket or case number (if you know): ______

(c) Result: ______

(d) Date of result (if you know): ______

(e) Citation to the case (if you know): ______

(f) Grounds raised: ______

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes No

If "Yes," answer the following:

(1) Docket or case number (if you know): ______

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

(5) Grounds raised: ______

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

______________________
______________________
______________________
______________________

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes (No) [circled]

11. If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court: ______________________

(2) Docket or case number (if you know): ______________________

(3) Date of filing (if you know): ______________________

(4) Nature of the proceeding: ______________________

(5) Grounds raised: ______________________

______________________
______________________
______________________
______________________
______________________
______________________
______________________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes No

(7) Result: ______________________

(8) Date of result (if you know): ______________________

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______________________

(2) Docket or case number (if you know): ______________________

(3) Date of filing (if you know): ______________________

(4) Nature of the proceeding: ______________________

(5) Grounds raised: ______________________

______________________
______________________
______________________
______________________
______________________
______________________
______________________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes No

(7) Result: ______________________

(8) Date of result (if you know): ______________________

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: (Yes) [handwritten, circled] No

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

25737053

(2) Second petition: Yes No

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

I was waiting for my counsel to mail me legal documents; never sent me any and advised against appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Ineffective counsel prejudicial

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel did not honor my request to take full responsibility of my role. I am guilty of teaching and distributing information to build a weapon of mass destruction. Counsel said co-defendant Velentzas was 'mastermind' when I distributed all literature to her including my own, and instructed her to study, take notes, and discuss. I had done post-grad studies. Velentzas didn't even finish high school. She looked up to me, and I misled her.

**(b) Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ______

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes (No)

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: ______
Name and location of the court where the motion or petition was filed: ______
Docket or case number (if you know): ______
Date of the court's decision: ______
Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ____________________

Docket or case number (if you know): ____________________
Date of the court's decision: ____________________
Result (attach a copy of the court's opinion or order, if available): ____________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________________

**GROUND TWO:** denied right to due process of law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel has not yet sent me my legal documents such as copy of the plea, PSR, sentencing memorandum, transcripts of court appearances even after multiple requests before, during, and after sentencing restricting my knowledge to [illegible]

(b) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: ____________________
Name and location of the court where the motion or petition was filed: ____________________

Docket or case number (if you know): ____________________
Date of the court's decision: ____________________
Result (attach a copy of the court's opinion or order, if available): ____________________

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

**GROUND THREE:** ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ______

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________________

**GROUND FOUR:** ____________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ____________________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

Docket or case number (if you know): ____________________

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

8579700

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Ineffective counsel and denial of due process of law. Not having access to my paperwork and having ineffective counsel left me feeling powerless. Then Covid delays, co-defendant sentenced as 'mastermind' burdened me with guilt and urgency to correct.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes (No)

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ____________

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Thomas Dunn for arraignment too

(b) At arraignment and plea: Charles Swift
Linda Moreno

(c) At trial: ____________

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(d) At sentencing: Charles Swift
Linda Moreno

(e) On appeal: ________

(f) In any post-conviction proceeding: pro se until appointed new counsel

(g) On appeal from any ruling against you in a post-conviction proceeding: ________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes (No)

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes (No)

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ________

(b) Give the date the other sentence was imposed: ________

(c) Give the length of the other sentence: ________

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes (No)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion. *

I have been waiting for counsel to send me copies of my legal documents for over two years now so I can address issues accurately. I have been suffering the unconsented decisions of my counsel to place my blame on co-defendant to earn me a shorter sentence. After Covid delays co-defendant's sentencing 6/4/21 to longer time due to prejudicial claim by my counsel that she was 'Mastermind' when I played a more potent, effective weighty role pushed the urgency even further to correct the matter because I cannot live with the guilt, lie, and miscarriage of justice due to prejudicial misrepresentation. Taking responsibility is part of the healing process.

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Therefore, movant asks that the Court grant the following relief: to re-sentence based on [illegible] role with new appointed counsel, [illegible] claims by prejudicial ineffective counsel.

or any other relief to which movant may be entitled.

[signature]
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on 4/12/22 (month, date, year).

Executed (signed) on 4/12/22 (date).

[signature]
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______________________

Footnotes

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

February 11, 2022

Dear Honorable Judge Johnson,

Firstly I want to say thank you. I will never forget the mercy you have shown me. Now to state the purpose of this motion. There has been a lot of miscommunication between my lawyers, Charles Swift and Linda Moreno, and I. My lawyers have proven ineffective and I would like the courts to assign me new counsel. I am also asking to be re-sentenced on the grounds of ineffective counsel, not necessarily a shorter one but a fairer one. It has taken me so long because I did not know which avenue to take. Mr. Swift told me not to appeal and I did not know how to proceed on my own without receiving any of my legal paperwork as I have been requesting my lawyers to send it to me for two and a half years now so that its content can help me address the issues accurately. They have been stalling and I am tired of waiting. I rather address the issue than leave it unheard due to lack of resources. It is further delayed because FCI Aliceville only has ~~notary~~ once every few months. Please accept this motion.

I hired Mr. Swift and Ms. Moreno on the basis that I would handle my case standing for justice and facing full responsibility of my actions. I told them I will not point my finger at my co-defendant as the whole point of the legal process is not to resort to escapism or scapegoating. It is to get to the bottom of the problem and reach a solution with truth and humility, and pay one's dues with honor and dignity. Mr. Swift originally agreed and said he would not go the blaming route and soon found after going through the discovery that Noelle Velentzas was easier to defend because she was relatable, open, consistent, and predictable about her views and thoughts, and that I was very shady.

When we got the plea offer, Mr. Swift changed his tone. He immediately said he would prepare a plea "the government cannot refuse," a plea that only focused on Velentzas's sound bites rather than the entire context of the crime. It was easier to look at Velentzas's speech superficially because to go into context would have been too tedious, but it would have revealed that I played an instrumental role in teaching Velentzas. I was the one who handed her the literature, instructed her to study it, make notes, and read and explain it out loud, like a teacher does, sometimes days in advance, to see how quickly she deciphered material that was hard to grasp even for me when I had studied it before in school. By omitting my main role and attributing it to Velentzas, Mr. Swift made her come off as the mastermind. And this is a lie I cannot live with. When I was turned off by the way the plea was partial, Mr. Swift said the government already

knows what she said, that I'm not agreeing to something the government does not already know. What he failed to focus on is that the government also already knows what I have said and done too even more so (ie; providing dangerous instruction to Velentzas, violence in jihadi magazines, affiliating with militants). When I told Mr. Swift before sentencing that I want to take full responsibility of my crime, he said, 'Okay, own it' but during sentencing, did not honor my request. My lawyers even dictated the allocution saying that it would be the only way they would allow me to speak. I've been deprived of my own voice. I am the one who has to live with my conscience, the knowledge of my actual actions, and the repercussions of the sentencing. My lawyers do not. And the truth is I played the worse role and got the lesser blame and time. This miscarriage of justice due to ineffective counsel has taken away my peace of mind.

Velentzas did not discuss The Anarchist Cookbook on her own. She was directed to by me. Same goes with my electrical and chemistry books. She is very smart but she was not formally educated, never had finished high school. I was educated all my life and had no excuse to do what I did. She looked up to me and I misled her. Velentzas was a new Muslim and felt obliged because I knew more about Islam. In addition, here I was having completed my bachelors, certified in Publishing through post-grad studies, taken a full Quran course at an Islamic institute, applying for my Masters, and instructing her to do this and that. She thought she could trust me because of how learned I was and I betrayed that trust. I was busy trying to impress the undercover who was allegedly more educated than I. Sometimes Velentzas and the UC would go at it because the UC said something degrading about my skin color or told Velentzas to leave her husband. But I followed the UC's orders blindly to direct Velentzas to damnation. One does not have to be loud and rambunctious to be the leader. My role was more potent, effective and weighty. Without my actions and influence, Velentzas would not have studied and said what she did. The few times I did speak were very suggestive and riddled with hate. I'm the one who boasted to the UC that I don't like to talk too much like Velentzas and draw attention to myself, that I would stay under the radar and then act because no one would suspect me. I am only mentioning these facts because they too were highlighted by the government in the discovery, but my lawyers chose to selectively, strategically, and biasly quote Velentzas. Mr Swift could have been fair in the first place and there would be no miscarriage of justice.

I have learned that it is not about the eloquence of a lawyer or how prestigious their law firm is. If they don't respect your mind, they should

not be representing your life. It is about communication and honoring the client's decision with his or her own life. Since the government already knew what I actually have done based on your response to our motions in July 2019, I thought Your Honor and the court would see through my lawyers' claims of 'minor' role and sentence me based on my major role and the privileges I came from versus Velentzas's vulnerable one. I do not want to go to my grave with this on my conscience, that someone else was given my larger portion of the blame, and had to pay for a lie told by those representing me. It is against my morals, values, and beliefs to lie on another human being to seek relief (a violation of my 1st Amendment right). The way Mr. Swift (and Ms. Moreno) represented me during sentencing upset me immensely. When he formed the plea in the angle he pleased, and did not let me input, I felt like I was under a conservatorship. He felt my thinking was naive whereas his discernment was parochial. The whole point of this experience is not how much or how little time I do, it's that I grow, learn from my mistakes, and change for the better. If I didn't care for justice, I would be celebrating right now that I was let off easy while Velentzas got the blame more appropriate for me. But it hurts so bad to see a miscarriage of justice due to those representing me. Their false claims make me look like the liar, especially as it appears I benefitted from the lie when in reality I am suffering from it.

I did not pick my lawyers to dictate or control my life on their whims. I was under the impression that they would represent me inclusively, keep me informed and fully engaged in the legal process. But they failed me. Not only did Mr. Swift put me down when he did not like my ideas, he also was prejudice against Velentzas, referring to her as "white trash" because she was poor, not formally educated, and spoke with profanity. My counsel turned out to be the kind I had feared most — one that would disregard my morals and values when my life was in their hands. The bigger an incident is in one's life, the more careful a person wants to be not to mess up. And he did not allow me that precaution and care I wanted to take full responsibility. I want to pay for my crime fairly. Please appoint me new counsel and re-sentence based on better representation - of truth. Thank you.

[signature]

KIMBERLY ALLISON
My Commission Expires
February 22, 2025

2-11-22

Sincerely,

Asia Siddiqui 85917053 [signature]

MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ASIA SIDDIQUI
FCI ALICEVILLE

CR 15-213 (CJ)
Reg# 85797053

UNITED STATES OF AMERICA v. ASIA SIDDIQUI

MOTION 1. (a) Name and location of court that entered the judgment of conviction you are challenging: Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201

(b) Criminal docket or case number (if you know): 15-213 (SJ)

2. (a) Date of the judgment of conviction (if you know): ______

(b) Date of sentencing: January 09, 2020

3. Length of sentence: 180 months

4. Nature of crime (all counts): ① conspiracy to use weapon of mass destruction, ② teaching and distributing information pertaining to the making and use of a weapon of mass destruction, and ③ material false statements

5. (a) What was your plea? (Check one)

(1) Not guilty (2) Guilty [circled] (3) Nolo contendere (no contest)

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? guilty to teaching and distributing information pertaining to the making and use of a weapon of mass destruction only; not guilty to counts ① and ③

6. If you went to trial, what kind of trial did you have? (Check one) Jury Judge only

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes [circled] No

8. Did you appeal from the judgment of conviction? Yes No [circled]

9. If you did appeal, answer the following:

(a) Name of court: ______

(b) Docket or case number (if you know): ______

(c) Result: ______

(d) Date of result (if you know): ______

(e) Citation to the case (if you know): ______

(f) Grounds raised: ______

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes No

If "Yes," answer the following:

(1) Docket or case number (if you know): ______

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

(5) Grounds raised: ______

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes (No)

11. If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court: ____________

(2) Docket or case number (if you know): ____________

(3) Date of filing (if you know): ____________

(4) Nature of the proceeding: ____________

(5) Grounds raised: ____________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes No

(7) Result: ____________

(8) Date of result (if you know): ____________

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ____________

(2) Docket or case number (if you know): ____________

(3) Date of filing (if you know): ____________

(4) Nature of the proceeding: ____________

(5) Grounds raised: ____________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes No

(7) Result: ____________

(8) Date of result (if you know): ____________

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: (Yes) No

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

85797053

(2) Second petition: Yes No

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: I was waiting for my counsel to mail me legal documents; never sent me any and advised against appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Ineffective counsel prejudicial

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel did not honor my request to take full responsibility of my role. I am guilty of teaching and distributing information to build a weapon of mass destruction. Counsel said co-defendant Velentzas was 'mastermind' when I distributed all literature to her, including my own, and instructed her to study, take notes and discuss. I had done post-grad studies. Velentzas didn't even finish High School. She looked up to me, and I misled her.

**(b) Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application? Yes **No** (circled)

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____

Name and location of the court where the motion or petition was filed: ____

Docket or case number (if you know): ____

Date of the court's decision: ____

Result (attach a copy of the court's opinion or order, if available): ____

(3) Did you receive a hearing on your motion, petition, or application? Yes No

(4) Did you appeal from the denial of your motion, petition, or application? Yes No



© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______
Date of the court's decision: ______
Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

**GROUND TWO:** denied right to due process of law.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel has not yet sent me my legal documents such as copy of the plea, PSR, sentencing memorandum, transcripts of court appearances even after multiple requests before, during, and after sentencing — restricting my knowledge to act.

(b) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: ______
Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______
Date of the court's decision: ______
Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

**GROUND THREE:** ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ______

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ______

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________

**GROUND FOUR:** ____________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ____________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ____________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________

Name and location of the court where the motion or petition was filed: ____________

Docket or case number (if you know): ____________

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

85797051

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________

____________13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Ineffective counsel and denial of due process of law. Not having access to my paperwork and having ineffective counsel left me feeling powerless. Then Covid delays, co-defendant sentenced as 'mastermind' burdened me with guilt; and urgency to correct.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes (No)

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ____________

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Thomas Dunn for arraignment too

(b) At arraignment and plea: Charles Swift
Linda Moreno

(c) At trial: ____________

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(d) At sentencing: Charles Swift
Linda Moreno

(e) On appeal: ________

(f) In any post-conviction proceeding: pro se until appointed. new counsel

(g) On appeal from any ruling against you in a post-conviction proceeding: ________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes (No)

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes (No)

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ________

(b) Give the date the other sentence was imposed: ________

(c) Give the length of the other sentence: ________

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes (No)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion. *

I have been waiting for counsel to send me copies of my legal documents for over two years now so I can address issues accurately. I have been suffering the unconsented decision of my counsel to place my blame on co-defendant to earn me a shorter sentence. After Covid delays, co-defendant's sentencing 6/16/21 to longer time due to prejudicial claim by my counsel that she was 'mastermind' when I played a more potent, effective weighty role pushed the urgency even further to correct the matter because I cannot live with the guilt, lie, and miscarriage of justice due to prejudicial misrepresentation. Taking responsibility is part of of the healing process.

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Therefore, movant asks that the Court grant the following relief: to resentence based on my true role with new appointed counsel, not claims by prejudiced ineffective counsel

or any other relief to which movant may be entitled.

Signature of Attorney (If any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on 4/12/22 (month, date, year).

Executed (signed) on 4/12/22 (date).

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______

Footnotes

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

pg. 1/3

February 11, 2022

Dear Honorable Judge Johnson,

Firstly I want to say thank you. I will never forget the mercy you have shown me. Now to state the purpose of this motion. There has been a lot of miscommunication between my lawyers, Charles Swift and Linda Moreno, and I. My lawyers have proven ineffective and I would like the courts to assign me new counsel. I am also asking to be re-sentenced on the grounds of ineffective counsel, not necessarily a shorter one but a fairer one. It has taken me so long because I did not know which avenue to take. Mr. Swift told me not to appeal and I did not know how to proceed on my own without receiving any of my legal ~~paper~~ works as I have been requesting my lawyers to send it to me for two and a half years now so that its content can help me address the issues accurately. They have been stalling and I am tired of waiting. I rather address the issue than leave it unheard due to lack of resources. It is further delayed because FCI Aliceville only has notary once every few months. Please accept this motion.

I hired Mr. Swift and Ms. Moreno on the basis that I would handle my case standing for justice and facing full responsibility of my actions. I told them I will not point my finger at my co-defendant as the whole point of the legal process is not to resort to escapism or scapegoating. It is to get to the bottom of the problem and reach a solution with truth and humility, and pay one's dues with honor and dignity. Mr. Swift originally agreed and said he would not go the blaming route and soon found after going through the discovery that Noelle Velentzas's was easier to defend because she was relatable, open, consistent, and predictable about her views and thoughts, and that I was very shady.

When we got the plea offer, Mr. Swift changed his tone. He immediately said he would prepare a plea 'the government cannot refuse,' a plea that only focused on Velentzas's sound bites rather than the entire context of the crime. It was easier to look at Velentzas's speech superficially because to go into context would have been too tedious, but it would have revealed that I played an instrumental role in teaching Velentzas. I was the one who handed her the literature, instructed her to study it, make notes, and read and explain it out loud like a teacher does, sometimes days in advance, to see how quickly she deciphered material that was hard to grasp even for me when I had studied it before in school. By omitting my main role and attributing it to Velentzas, Mr. Swift made her come as the mastermind. And this is a lie I cannot live with. When I was turned off by the way the plea was partial, Mr. Swift said the government already

knows what she said, that I'm not agreeing to something the government does not already know. What he failed to focus on is that the government also already knows what I have said and done too even more so (ie; providing dangerous instruction to Velentzas, violence in jihadi magazines, affiliating with militants). When I told Mr. Swift before sentencing that I want to take full responsibility of my crime, he said, "Okay, own it" but during sentencing, did not honor my request. My lawyers even dictated the allocution saying that it would be the only way they would allow me to speak. I've been deprived of my own voice. I am the one who has to live with my conscience, the knowledge of my actual actions, and the repercussions of the sentencing. My lawyers do not. And the truth is I played the worse role and got the lesser blame and time. This miscarriage of justice due to ineffective counsel has taken away my peace of mind.

Velentzas did not discuss The Anarchist Cookbook on her own. She was directed to by me. Same goes with my electrical and chemistry books. She is very smart but she was not formally educated, never had finished high school. I was educated all my life and had no excuse to do what I did. She looked up to me and I misled her. Velentzas was a new Muslim and felt obliged because I knew more about Islam. In addition, here I was having completed my bachelors, certified in Publishing through post-grad studies, taken a full Quran course at an Islamic institute, applying for my Masters, and instructing her to do this and that. She thought she could trust me because of how learned I was and I betrayed that trust. I was busy trying to impress the undercover who was allegedly more educated than I. Sometimes Velentzas and the UC would go at it because the UC said something degrading about my skin color or told Velentzas to leave her husband. But I followed the UC's orders blindly to direct Velentzas to damnation. One does not have to be loud and rambunctious to be the leader. My role was more potent, effective and weighty. Without my actions and influence, Velentzas would not have studied and said what she did. The few times I did speak were very suggestive and riddled with hate. I'm the one who boasted to the UC that I don't like to talk too much like Velentzas and draw attention to myself, that I would stay "under the radar" and then act because no one would suspect me. I am only mentioning these facts because they too were highlighted by the government in the discovery, but my lawyers chose to selectively, strategically, and biasly quote Velentzas. Mr Swift could have been fair in the first place and there would be no miscarriage of justice.

I have learned that it is not about the eloquence of a lawyer or how prestigious their law firm is. If they don't respect your mind, they should

not be representing your life. It is about communication and honoring the client's decision with his or her own life. Since the government already knew what I actually have done based on your response to our motions in July 2019, I thought Your Honor and the court would see through my lawyers' claims of 'minor' role and sentence me based on my major role and the privileges I came from versus Velentzas's vulnerable one. I do not want to go to my grave with this on my conscience that someone else was given my larger portion of the blame, and had to pay for a lie told by those representing me. It is against my morals, values, and beliefs to lie on another human being to seek relief (a violation of my 1st Amendment right). The way Mr Swift (and Ms. Moreno) represented me during sentencing upset me immensely. When he formed the plea in the angle he pleased, and did not let me input, I felt like I was under a conservatorship. He felt my thinking was naive whereas his discernment was parochial. The whole point of this experience is not how much or how little time I do, it's that I grow, learn from my mistakes, and change for the better. If I didn't care for justice, I would be celebrating right now that I was let off easy while Velentzas got the blame more appropriate for me. But it hurts so bad to see a miscarriage of justice due to those representing me. Their false claims make me look like the liar, especially as it appears I benefitted from the lie when in reality I am suffering from it.

I did not pick my lawyers to dictate or control my life on their whims. I was under the impression that they would represent me inclusively, keep me informed and fully engaged in the legal process. But they failed me. Not only did Mr. Swift put me down when he did not like my ideas, he also was prejudice against Velentzas, referring to her as "white trash" because she was poor, not formally educated, and spoke with profanity. My counsel turned out to be the kind I had feared most — one that would disregard my morals and values when my life was in their hands. The bigger an incident is in one's life, the more careful a person wants to be not to mess up. And he did not allow me that precaution and care I wanted to take full responsibility. I want to pay for my crime fairly. Please appoint me new counsel and re-sentence based on better representation - of truth. Thank you.

[signature]

KIMBERLY ALLISON
My Commission Expires
February 22, 2025

2-11-22

Sincerely,

[signature]

Asia Siddiqui 85197053

MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ASIA SIDDIQUI
FCI ALICEVILLE

CR 15-213 (CJ)
Reg# 85797053

UNITED STATES OF AMERICA v. ASIA SIDDIQUI

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

(b) Criminal docket or case number (if you know): 15-213 (SJ)

2. (a) Date of the judgment of conviction (if you know): ______

(b) Date of sentencing: January 09, 2020

3. Length of sentence: 180 months

4. Nature of crime (all counts): ① conspiracy to use weapon of mass destruction, ② teaching and distributing information pertaining to the making and use of a weapon of mass destruction, and ③ material false statements

5. (a) What was your plea? (Check one)

(1) Not guilty (2) Guilty [circled] (3) Nolo contendere (no contest)

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? guilty to teaching and distributing information pertaining to the making and use of a weapon of mass destruction only; not guilty to counts ① and ③

6. If you went to trial, what kind of trial did you have? (Check one) Jury Judge only

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes [circled] No

8. Did you appeal from the judgment of conviction? Yes No [circled]

9. If you did appeal, answer the following:

(a) Name of court: ______

(b) Docket or case number (if you know): ______

(c) Result: ______

(d) Date of result (if you know): ______

(e) Citation to the case (if you know): ______

(f) Grounds raised: ______

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes No

If "Yes," answer the following:

(1) Docket or case number (if you know): ______

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

(5) Grounds raised: ______

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes (No)

11. If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court: ____________

(2) Docket or case number (if you know): ____________

(3) Date of filing (if you know): ____________

(4) Nature of the proceeding: ____________

(5) Grounds raised: ____________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes No

(7) Result: ____________

(8) Date of result (if you know): ____________

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ____________

(2) Docket or case number (if you know): ____________

(3) Date of filing (if you know): ____________

(4) Nature of the proceeding: ____________

(5) Grounds raised: ____________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes No

(7) Result: ____________

(8) Date of result (if you know): ____________

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: (Yes) No

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(2) Second    Y    No
petition:     e
              s

   (d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

*I was waiting for my counsel to mail me legal documents; never sent me any and advised against appeal.*

12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** *Ineffective counsel prejudicial*

   (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Counsel did not honor my request to take full responsibility of my role. I am guilty of teaching and distributing information to build a weapon of mass destruction. Counsel said co-defendant Velentzas was 'mastermind' when I distributed all literature to her, including my own, and instructed her to study, take notes and discuss. I had done post-grad studies Velentzas didn't even finish high school. She looked up to me and I misled her.*

   **(b) Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
         Yes   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

   **(c) Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
         Yes No̶

   (2) If your answer to Question (c)(1) is "Yes," state:
      Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: _____

      Docket or case number (if you know): _____
      Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

   (3) Did you receive a hearing on your motion, petition, or application?
         Yes No

   (4) Did you appeal from the denial of your motion, petition, or application?
         Yes No

410cr                 4

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

**GROUND TWO:** denied right to due process of law.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel has not yet sent me my legal documents such as copy of the plea, PSR, sentencing memorandum, transcripts of court appearances even after multiple requests, before, during and after sentencing — restricting my knowledge to act.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ______

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________________

**GROUND THREE:** ____________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

85797053

(3) Did you receive a hearing on your motion, petition, or application? Yes No

(4) Did you appeal from the denial of your motion, petition, or application? Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________

**GROUND FOUR:** ____________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ____________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes No

(2) If you did not raise this issue in your direct appeal, explain why: ____________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application? Yes No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________

Name and location of the court where the motion or petition was filed: ____________

Docket or case number (if you know): ____________

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(3) Did you receive a hearing on your motion, petition, or application?
Yes No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Ineffective counsel and denial of due process of law. Not having access to my paperwork and having ineffective counsel left me feeling powerless. Then Covid delays, co-defendant sentenced as 'mastermind' burdened me with guilt and urgency to correct.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes (No)

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ____________

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Thomas Dunn for arraignment too

(b) At arraignment and plea: Charles Swift
Linda Moreno

(c) At trial: ____________

410cr

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(d) At sentencing: Charles Swift
Linda Moreno

(e) On appeal:

(f) In any post-conviction proceeding: pro se until appointed new counsel

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes (No)

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes (No)

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes (No)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion. *

I have been waiting for counsel to send me copies of my legal documents for over two years now so I can address issues accurately. I have been suffering the unconsented decisions of my counsel to place my blame on co-defendant to earn me a shorter sentence. After Covid delays, co-defendant's sentencing 6/16/21 to longer time due to prejudicial claim by my counsel that she was 'mastermind' when I played a more potent, effective weighty role pushed the urgency even further to correct the matter because I cannot live with the guilt, lie, and miscarriage of justice due to prejudicial misrepresentation. Taking responsibility is part of of the healing process.

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Therefore, movant asks that the Court grant the following relief: to resentence based on my true role with new appointed counsel, not claims by prejudiced ineffective counsel.

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on 4/12/22 (month, date, year).

Executed (signed) on 4/12/22 (date).

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ____________

Footnotes

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

pg. 1/3

February 11, 2022

Dear Honorable Judge Johnson,

Firstly I want to say thank you. I will never forget the mercy you have shown me. Now to state the purpose of this motion. There has been a lot of miscommunication between my lawyers, Charles Swift and Linda Moreno, and I. My lawyers have proven ineffective and I would like the courts to assign me new counsel. I am also asking to be re-sentenced on the grounds of ineffective counsel, not necessarily a shorter one but a fairer one. It has taken me so long because I did not know which avenue to take. Mr. Swift told me not to appeal and I did not know how to proceed on my own without receiving any of my legal paperwork as I have been requesting my lawyers to send it to me for two and a half years now so that its content can help me address the issues accurately. They have been stalling and I am tired of waiting. I rather address the issue than leave it unheard due to lack of resources. It is further delayed because FCI Aliceville only has notary once every few months. Please accept this motion.

I hired Mr. Swift and Ms. Moreno on the basis that I would handle my case standing for justice and facing full responsibility of my actions. I told them I will not point my finger at my codefendant as the whole point of the legal process is not to resort to escapism or scapegoating. It is to get to the bottom of the problem and reach a solution with truth and humility, and pay one's dues with honor and dignity. Mr. Swift originally agreed and said he would not go the blaming route and soon found after going through the discovery that Noelle Velentzas was easier to defend because she was relatable, open, consistent, and predictable about her views and thoughts, and that I was very shady.

When we got the plea offer, Mr. Swift changed his tone. He immediately said he would prepare a plea "the government cannot refuse," a plea that only focused on Velentzas's sound bites rather than the entire context of the crime. It was easier to look at Velentzas's speech superficially because to go into context would have been too tedious, but it would have revealed that I played an instrumental role in teaching Velentzas. I was the one who handed her the literature, instructed her to study it, make notes, and read and explain it out loud like a teacher does, sometimes days in advance, to see how quickly she deciphered material that was hard to grasp even for me when I had studied it before in school. By omitting my main role and attributing it to Velentzas, Mr. Swift made her come off as the mastermind. And this is a lie I cannot live with. When I was turned off by the way the plea was partial, Mr. Swift said the government already

knows what she said, that I'm not agreeing to something the government does not already know. What he failed to focus on is that the government also already knows what I have said and done too even more so (ie; providing dangerous instruction to Velentzas, violence in jihadi magazines, affiliating with militants). When I told Mr. Swift before sentencing that I want to take full responsibility of my crime, he said, "okay, own it" but during sentencing, did not honor my request. My lawyers even dictated the allocution saying that it would be the only way they would allow me to speak. I've been deprived of my own voice. I am the one who has to live with my conscience, the knowledge of my actual actions, and the repercussions of the sentencing. My lawyers do not. And the truth is I played the worse role and got the lesser blame and time. This miscarriage of justice due to ineffective counsel has taken away my peace of mind.

Velentzas did not discuss The Anarchist Cookbook on her own. She was directed to by me. Same goes with my electrical and chemistry books. She is very smart but she was not formally educated, never had finished high school. I was educated all my life and had no excuse to do what I did. She looked up to me and I misled her. Velentzas was a new Muslim and felt obliged because I knew more about Islam. In addition, here I was having completed my bachelors, certified in Publishing through post-grad studies, taken a full Quran course at an Islamic institute, applying for my Masters, and instructing her to do this and that. She thought she could trust me because of how learned I was and I betrayed that trust. I was busy trying to impress the undercover who was allegedly more educated than I. Sometimes Velentzas and the UC would go at it because the UC said something degrading about my skin color or told Velentzas to leave her husband. But I followed the UC's orders blindly to direct Velentzas to damnation. One does not have to be loud and rambunctious to be the leader. My role was more potent, effective and weighty. Without my actions and influence, Velentzas would not have studied and said what she did. The few times I did speak were very suggestive and riddled with hate. I'm the one who boasted to the UC that I don't like to talk too much like Velentzas and draw attention to myself, that I would stay under the radar and then act because no one would suspect me. I am only mentioning these facts because they too were highlighted by the government in the discovery, but my lawyers chose to selectively, strategically, and biasly quote Velentzas. Mr. Swift could have been fair in the first place and there would be no miscarriage of justice.

I have learned that it is not about the eloquence of a lawyer or how prestigious their law firm is. If they don't respect your mind, they should

not be representing your life. It is about communication and honoring the client's decision with his or her own life. Since the government already knew what I actually have done based on your response to our motions in July 2019, I thought Your Honor and the court would see through my lawyers' claims of 'minor' role and sentence me based on my major role and the privileges I come from versus Velentzas's vulnerable one. I do not want to go to my grave with this on my conscience, that someone else was given my larger portion of the blame, and had to pay for a lie told by those representing me. It is against my morals, values, and beliefs to lie on another human being to seek relief (a violation of my 1st Amendment right). The way Mr. Swift (and Ms. Moreno) represented me during sentencing upset me immensely. When he formed the plea in the angle he pleased, and did not let me input, I felt like I was under a conservatorship. He felt my thinking was naive whereas his discernment was parochial. The whole point of this experience is not how much or how little time I do, it's that I grow, learn from my mistakes, and change for the better. If I didn't care for justice, I would be celebrating right now that I was let off easy while Velentzas got the blame more appropriate for me. But it hurts so bad to see a miscarriage of justice due to those representing me. Their false claims make me look like the liar, especially as it appears I benefitted from the lie when in reality I am suffering from it.

I did not pick my lawyers to dictate or control my life on their whims. I was under the impression that they would represent me inclusively, keep me informed and fully engaged in the legal process. But they failed me. Not only did Mr. Swift put me down when he did not like my ideas, he also was prejudice against Velentzas, referring to her as "white trash" because she was poor, not formally educated, and spoke with profanity. My counsel turned out to be the kind I had feared most — one that would disregard my morals and values when my life was in their hands. The bigger an incident is in one's life, the more careful a person wants to be not to mess up. And he did not allow me that precaution and care I wanted to take full responsibility. I want to pay for my crime fairly. Please appoint me new counsel and re-sentence based on better representation - of truth. Thank you.

Sincerely,

[signature]

Asia Siddiqui 85997053

2-11-22

KIMBERLY ALLISON
NOTARY PUBLIC
My Commission Expires
February 22, 2025

[signature]



Asia Siddiqui #85797053
FCI Aliceville
P.O. Box 4000
Aliceville, AL 35442

Clerk, United States District Court for
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201