Original Copy

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 08 2022 ★

BROOKLYN OFFICE

October 10, 2022

Dear Honorable Judge Johnson,

I Asia Siddiqui Reg #85797-053 have a request regarding case # 1:15-cr-00213-SJ-2. I would like Docket #130 (Presentence Investigation Report) and #131 (Exhibit A - Character Letters) unsealed. Thank you.

Sincerely,

Asia Siddiqui
#85797-053

Asia Siddiqui # 85797-053
FCI Aliceville
P.O. Box # 4000
Aliceville, AL 35442

BIRMINGHAM AL 350
12 OCT 2022 PM 6 L

Honorable Judge Johnson
United States District Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

11201-183599