FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 23 2023 ★

BROOKLYN OFFICE

February 16th, 2023

Dear Honorable Judge Gujarati,

I pray you are in the best of spirit and health. This is regarding case 1:15-cr-00213-DG-2. I was having trouble accessing my discovery for the past year and a half (see Exhibit A) since I sent my initial motion regarding the return of my laptop (Docket #160). In the government's response (Docket #161), it wrote, "As the defendant notes in her letter, the government returned a laptop seized from her apartment to her then-attorney Thomas Dunn, Esq., [...] As reflected in both the government's discovery letter, dated July 30, 2015, and evidence logs from the search of the defendant's residence, the only laptop seized by the government is the one that was returned in August 2015." The August 13, 2015 discovery DVD shows in its "July 30, 2015 production PDF file two separate laptops taken from my parents' house. In order to access the PDF file, I opened folders in the following order: DVD RW Drive Aug 13 2015 > 2015-07-30 Production 1 > 27_Pictures > Pictures 1-103.pdf. In the "Pictures 1-103.pdf" file, pictures 56 and 57 are of the then-new Lenovo notebook laptop that was returned as mentioned above to my father in August 2015. Pictures 40 and 41 are of the old Lenovo laptop that belonged to me and was part of the discovery, and was promised to be returned in court on two separate occasions, during the Plea Hearing August 23rd, 2019 and during the sentencing January 9th, 2020. Can the government please return my laptop? Thank you.

RECEIVED IN PRO SE OFFICE

FEB 23 2023

Respectfully submitted,

Asia Siddiqui #85787-053



TRULINCS  85797053 - SIDDIQUI, ASIA - Unit: ALI-C-B

----------------------------------------------------------------------------------------

FROM: 85797053
TO: C Unit Team
SUBJECT: ***Request to Staff*** SIDDIQUI, ASIA, Reg# 85797053, ALI-C-B
DATE: 06/15/2022 09:24:35 PM

To: Edgeworth, Case Manager
Inmate Work Assignment: n/a

Dear Mr. Edgeworth, When can I see my discovery in Education with your supervision as you have stated? I have been waiting since October 2021. I am working on my case as I have mentioned before and it is urgent to address the government with more accuracy and exhibit references. Thank you so much.

TRULINCS 85797053 - SIDDIQUI, ASIA - Unit: ALI-C-B

---

FROM: 85797053
TO: C Unit Team
SUBJECT: ***Request to Staff*** SIDDIQUI, ASIA, Reg# 85797053, ALI-C-B
DATE: 09/20/2022 01:12:39 PM

To: Crocket, Unit Manager
Inmate Work Assignment: n/a

Dear C2 Unit Manager (Ms. Crocket), I need to access my discovery DVD's and was told by Unit Team Case Manager Edgeworth that my DVD's work on older computers which they did not have access to so far. Can you please help me access my discovery. I have been waiting for almost a year to access it. It is urgent at this time regarding my case. Thank you.

Original: Copy.

BP-A0148         **INMATE REQUEST TO STAFF** CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) C2 Unit Manager Ms Crocket | DATE: 9/22/22 |
|---|---|
| FROM: Asia Siddiqui | REGISTER NO.: 85797-053 |
| WORK ASSIGNMENT: n/a | UNIT: C2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Dear Ms Crocket C2 Unit Manager,

I need to access my discovery CD/DVD's ASAP and was told by Case Manager Mr Edgeworth that there was some difficulty accessing them. The only ones I need to access at this time are the ones labeled "Discovery." I believe those particular CD/DVD's are accessible and relevant to the legal matter at hand. Please help as I need to reference exhibits from the "Discovery" CD/DVD's before the government disposes of all my property— which it posted on my docket to dispose of very soon. I have been trying for a year now. Thank you very much

(Do not write below this line)

DISPOSITION:

Mr. McDaniel will set up a time for you to review your discovery DVD

| Signature Staff Member: RCrockett | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

Declaration of Inmate Filing

I Asia Siddiqui Inmate #85797-053 am an inmate confined in Federal Correctional Institution Aliceville. I am depositing a response to the government regarding the return of my laptop in the case 1:15-cr-00213-DG-2 in the institution's internal mail system.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Signed on February 16th 2023

Aafia Siddiqui #85797 053
Federal Correctional Institution Aliceville
P.O. Box 4000
Aliceville, AL 35442

BIRMINGHAM AL 350
21 FEB 2023 PM 2 L

USMS

Honorable Judge Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201