

U.S. Department of Justice

United States Attorney
Eastern District of New York

DMP/CRH
F. #2014R00196

271 Cadman Plaza East
Brooklyn, New York 11201

June 2, 2023

By ECF

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Asia Siddiqui
             Criminal Docket No. 15-213 (DG)(PK)

Dear Judge Kuo:

      The government respectfully submits this letter to request an adjournment to June 26, 2023 of the government's time to respond to the defendant's letter concerning the return of her laptop, ECF Dkt. Entry No. 170. On May 31, 2023, the Court ordered the government to respond to the letter by June 5, 2023. However, the undersigned Assistant United States Attorney, who is handling the above-referenced prosecution, began a trial the same day before the Honorable Pamela K. Chen in United States v. Hu Ji, et al., No. 21-CR-265. That trial is expected to conclude around the beginning of the week of June 19, 2023. Accordingly, the government respectfully requests to file its response by June 26, 2023, approximately one week from the anticipated conclusion of trial.

      While the government has previously addressed the defendant's request for the return of her laptop, see ECF Dkt. Entry No. 160, the government will take another look at the issue in light of the new letter from the defendant.

                           Respectfully submitted,

                           BREON PEACE
                         United States Attorney

           By:    /s/
                  Craig Heeren
                  Assistant U.S. Attorney
                  (718) 254-7000