IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.NY

★ JUN 0 5 2023 ★

BROOKLYN OFFICE

**FL Jurat Notary Certificate**

**Document Name:** _Court Doc_

**STATE OF FLORIDA**
**COUNTY OF** _Palm Beach_
(County where notarization occurred)

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this _27th_ day of _May_, 20 _23_, by, _Fatima Yusuf_ (name of signer(s)).

_a q_
(Signature of notary public)

ADAM ECKMAN
Notary Public, State of Florida
Commission# HH 336962
My comm. expires Nov. 30, 2026

_Adam Eckman_
(Name of notary public)

My commission expires: _Nov. 30, 2026_

**Official Seal**

Personally known _____ OR
Produced identification __X__ Type of identification produced: _TX DL_

00-74-0506NSBW  09-2020

Honorable Judge Diane Gujarati

225 Cadman Plaza East
Brooklyn NY 11201

May 27, 2023

Dear Honorable Judge Gujarati,

This letter is to express that the original character letter I wrote on behalf of Ms Asia Siddiqui (85797053) in 2019 was heavily influenced by her counsel, as they kept forcing me to make changes. Initially, it took me over 7 weeks to compose it because it was not only extremely painful to recall the times I spent with Ms Siddiqui (I'd break out in hot tears, heartache and couldn't continue). Rushing through it would not have done her life experience and character justice.

Secondly, once completed, it was quite lengthy, approximately 11 pages. Ms Siddiqui's counsel kept finding ways to condense it. They said, "no one is going to read it – shorten it." They made me take out everything about myself, I couldn't even introduce myself – I was left short of anonymous, all that remained is that I am her sister and my name. I took out the paragraph about myself. I am not only an MD but did you know that Ms Siddiqui was busy helping me with my pharmacology course on Skype DAILY in 2014? She kept drilling thousands of medications into my memory during the time that the whole ordeal was brewing against her. Those study sessions turned into both fun study and me listening to her/giving her advice. Her counsel did not even take the proof I had of working with her daily (phone records/skype history/videos). I insisted and fought with them that she is innocent and that she spent hours daily in communication with me. She was heavily focused on building not only a career for herself but to help me achieve my goals.

That left me with 10 pages. In those pages, I condensed all examples of her character and hardships/life experience. I do not need to replicate it, as I have the original but won't send it without your consent. There is not one untrustworthy or malicious bone in this woman's body. I entrusted her with $5,500 cash and thousands of dollars' worth of 24K gold jewelry, not even a pennyworth of anything I gave to her went missing. The possession I handed her, the same bills/jewelry were returned to me in original condition (she didn't as much as spend it and then replace it, this is the extent of integrity of her character).

Finally, her counsel induced me to make changes, stating "this is irrelevant, that is irrelevant, this will not help her case, that will not help her case, take it out." These changes were not made overnight. They had a lady assigned to me for over 4 weeks to make sure I complete the letter in the way they deemed appropriate. I kept deleting paragraphs here and there, resubmit and in turn they told to delete more. I am quite stubborn and fought to salvage whatever little I could of my original statement. I could NOT fathom taking away from my sister's story as her counsel influenced changes. Reluctantly, 4AM by the deadline I condensed it to 3 pages, tears and all.

Please take this statement into consideration and again, I am willing to provide all you need as I stand by my original stance.

Sincerely,

Fatima Yusuf