

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 26, 2023

<u>By ECF</u>

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Asia Siddiqui
               <u>Criminal Docket No. 15-213 (DG)(PK)</u>

Dear Judge Kuo:

      The government respectfully submits this letter in response to the defendant's letter regarding the return of her laptop.  <u>See</u> ECF Dkt. Entry No. 170.  After an additional search, the government has identified a second laptop in its possession that was seized from defendant Siddiqui.[1]  The government is prepared to return the laptop to a person designated by the defendant.  The government will provide the defendant, under separate cover, contact information to coordinate the transfer of the laptop as desired.

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

                By:     /s/
                       Craig Heeren
                       Assistant U.S. Attorney
                       (718) 254-7000

---

      [1] As indicated in prior submissions, one laptop had previously been returned to the defendant through her counsel.  <u>See</u> ECF Dkt. Entry No. 160.