

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 5, 2023

By ECF

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Asia Siddiqui
                 Criminal Docket No. 15-213 (DG)(PK)

Dear Judge Kuo:

      The government respectfully submits this letter in response to the Court's orders, dated June 20, 2023 and September 1, 2023, requiring a status report regarding the return of the defendant's laptop. Government agents returned the laptop to a designee in late July 2023. The government apologizes for the delayed response to the Court's order.

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney

              By:     /s/
                            Craig Heeren
                            Assistant U.S. Attorney
                            (718) 254-7000